| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT <br> Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 <br> (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) <br> NELSON, THOMAS G | 2. Court or Organization <br> United States Court of Appeals | 3. Date of Report <br> 3/24/2004 · |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) <br><br> Circuit Judge (Senior) | 5. ReportType (check appropriate type) <br><br> ◯ Nomination, ■ Date <br><br> ◯ Initial ⦿ Annual ◯ Final | 6. Reporting Period <br><br> 1/1/2003 <br> to <br> 12/31/2003 |
| 7. Chambers or Office Address <br><br> P.O. Box 1339 <br><br> Boise, ID 83701-1339 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only: see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2003 | Idaho Family Physicians |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | NELSON, THOMAS G | 3/24/2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NELSON, THOMAS G | 3/24/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. IRA ACCOUNT #1, Dain Rauscher | | | | | | | | | |
| 2. IRA ACCOUNT #2, Dain Rauscher | | | | | | | | | |
| 3. IRA ACCOUNT #3, Charles Schwab, Money Market Fund | C | Dividend | L | T | | | | | |
| 4. -- Viro Pharma, Inc. | | None | J | T | | | | | |
| 5. U.S. BANK - savings account | A | Interest | J | T | | | | | |
| 6. U.S. BANK - checking account #1 | | None | J | T | | | | | |
| 7. U.S. BANK - checking account #2 | | None | J | T | | | | | |
| 8. IDAHO CENTRAL CREDIT UNION - checking account #1 | A | Interest | J | T | | | | | |
| 9. IDAHO CENTRAL CREDIT UNION - checking account #2 | A | Interest | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less<br>F = $50,001-$100,000 | B = $1,001-$2,500<br>G = $100,001-$1,000,000 | C = $2,501-$5,000<br>H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000<br>H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less<br>N = $250,001-$500,000 | K = $15,001-$50,000<br>O = $500,001-$1,000,000 | L = $50,001-$100,000<br>P1 = $1,000,001-$5,000,000 | M = $100,001-$250,000<br>P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal<br>U = Book Value | R = Cost (Real Estate Only)<br>V = Other | S = Assessment<br>W = Estimated | T = Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

As mentioned on previous reports, I am unable to divulge details of ████████ financial accounts since she refuses to disclose that information to me.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____          Date _3/25/04_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544